# Richmond

EDWARD P. COX, JR. v. COMMONWEALTH OF VIRGINIA.

February 28, 1949.

Record No. 3512.

No opinion.